AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Braja Pandit Smith,

                                            JUDGMENT IN A CIVIL CASE

          V.                             CASE NUMBER: CV614-70,

CO II Taylor, Georgia State Prison, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/17/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

| | |
|---|---|
| 11/17/14 | Scott L. Poff |
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03